HAWKINS *et al.* v. GEORGIA AND ALABAMA RAILWAY *et al.* ·

SIMMONS, C. J.  The equitable petition in this case, alleging several distinct causes of action not so connected with or dependent upon each other as to make a joinder of them in the same action necessary or proper, being brought against separate and distinct parties, praying for relief in different forms severally against such parties, and also praying for relief that affects the rights and property of individuals not made parties to the petition, the court was right in sustaining a demurrer to the petition.  *Stuck* v. *So. Steel Co.*, 96 *Ga.* 95 ; *Stephens* v. *Whitehead*, 75 *Ga.* 294; Civil Code, ₹ 5048.        *Judgment affirmed.  All the Justices concurring.*

Argued May 11, — Decided June 10, 1899.

Equitable petition.  Before Judge Butt.  Sumter superior court.  January 10, 1890.

*S. H. Hawkins* and *Guerry & Hall*, for plaintiffs.

*Charlton, Mackall & Anderson, E. A. Hawkins*, and *James Taylor*, for defendants.

---

EDWARDS & BROTHER *v.* BIBB LAND–LUMBER COMPANY.

SIMMONS, C. J.  There was no error in admitting or rejecting evidence, and, the plaintiffs having failed to establish the allegations of their petition, there was no error in granting a nonsuit.

*Judgment affirmed.  All the Justices concurring.*

Argued May 17, — Decided June 10, 1899.

Equitable petition.  Before Judge Smith.  Dodge superior court.  September term, 1898.

*D. M. Roberts* and *W. M. Clements*, for plaintiffs.

*Olin J. Wimberly* and *J. E. Wooten*, for defendant.